Submitted February 1, 2016; decided February 23, 2016

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for a stay dismissed as academic.

In the Matter of ALEXANDER S., an Infant. STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAVID S. et al., Appellants.

Submitted January 4, 2016; decided February 23, 2016

Motions for reargument denied [*see* 26 NY3d 910 (2015); 26 NY3d 1030 (2015)].

Judge FAHEY taking no part.